No. 530, Misc. CLARK *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender,* Assistant Attorney General, for respondent.

The following petitions for writs of certiorari are denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS would grant the petitions for writs of certiorari and reverse the judgments of the courts

below for the reasons stated in the opinion of THE CHIEF JUSTICE in *Spencer* v. *Texas*, 385 U. S. 554, 569.